George Sykulski, A Prof. Law Corp.
George Sykulski, CSB #041133
georgesykulski@roadrunner.com
Loraine Todd, CSB #128049
sykulski_todd@yahoo.com
Dana Sykulski, CSB #228210
dsykulski@yahoo.com
16027 Ventura Boulevard, Suite 503
Encino, CA  91436
Telephone:  (818) 783-8500
Facsimile:  (818) 783-2918

Attorneys for Use Plaintiff,
Ferguson Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES for the use of FERGUSON ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; BURNS & MCDONNELL CONSTRUCTION, INC., a corporation, <br><br> Defendants. | CASE NO.: EDCV 07 00233 SGL (JCRx) <br><br> [~~PROPOSED~~] JUDGMENT |

Plaintiff's Motion for Summary Judgment came on for hearing on Monday, November 19, 2007 at 10:00 A.M. in Courtroom 1, the Honorable Stephen G. Larson, Judge presiding. Loraine Todd of George Sykulski, A Professional Law Corporation, appeared on behalf of Plaintiff; Jonathan J. Dunn of Sedgwick,

| | |
|---|---|
| 1 | Detert, Moran & Arnold, LLP, appeared on behalf of Defendants, |
| 2 | Fidelity and Deposit Company of Maryland, a corporation, and |
| 3 | Burns & McDonnell Construction, Inc., a corporation. |
| 4 | |
| 5 | After reading and considering the moving, opposition |
| 6 | and reply papers, and hearing oral argument, the Court hereby |
| 7 | grants Plaintiff's Motion and orders that Plaintiff is entitled |
| 8 | to recover its reasonable attorney fees, the amount of which is |
| 9 | to be determined by subsequent noticed motion. |
| 10 | JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF. |
| 11 | |
| 12 | DATED: 12-30-07 |
| 13 | |
| 14 | _____ |
| 15 | STEPHEN G. LARSON, JUDGE U. S. DISTRICT COURT |

## PROOF OF SERVICE-MAIL

COUNTY OF LOS ANGELES
STATE OF CALIFORNIA

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is George Sykulski, A Professional Law Corporation, 16027 Ventura Blvd., Suite 503, Encino, California 91436.

On December 28, 2007, I served a copy of the enclosed **[PROPOSED] JUDGMENT** on the interested parties by placing true copies of the document(s), enclosed in sealed envelope(s) addressed as follows:

Jonathan J. Dunn
Joanna M. Curtis
Sedgwick, Detert, Moran & Arnold, LLP
3 Park Plaza, 17th Floor
Irvine, CA  92614

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited with the U. S. Postal Service on that same day with postage fully prepaid at Encino, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2007 at Encino, California.

_____
Lori Cook