1  George Sykulski, A Prof.Law Corp.
   George Sykulski, CSB #041133
2  georgesykulski@roadrunner.com          ENTERED CLOSED
3  Loraine Todd, CSB #128049
   sykulski_todd@yahoo.com
4  Dana Sykulski, CSB #228210
   dsykulski@yahoo.com
5  16027 Ventura Boulevard, Suite 503
6  Encino, CA  91436
   Telephone:  (818) 783-8500
7  Facsimile:  (818)  783-2918

8
   Attorneys for Use Plaintiff
9  Ferguson Enterprises, Inc.

10
                    UNITED STATES DISTRICT COURT
11
12       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

13

14 UNITED STATES for the use of ) CASE NO.: EDCV 07 00233 SGL
   FERGUSON ENTERPRISES, INC.,  ) (JCRx)
15                              ) (Original Complaint Filed
                                ) 2/28/07)
16          Plaintiff,          ) Judge Stephen G Larson
                                )
17      vs.                     )
                                )
18 FIDELITY AND DEPOSIT COMPANY ) **JUDGMENT**
   OF MARYLAND, a corporation;  )
19 BURNS & MCDONNELL            )
   CONSTRUCTION, INC., a        )
20 corporation,                 )
                                )
21          Defendants.         )
                                )
22                              )
                                )
23 _____)

24
              Pursuant to Plaintiff's Motion for Summary Judgment,
25
   granted on December 31, 2007, and Plaintiff's Motion for
26
   Attorney Fees, granted on March 31, 2008,
27

28

                                  1

                          [Proposed] Judgment

1          JUDGMENT IS HEREBY ENTERED in favor of Plaintiff,

2   United States for the Use of Ferguson Enterprises, Inc., and

3   against Defendants, Fidelity and Deposit Company of Maryland, a

4   corporation and Burns & McDonnell Construction, Inc., a

5   corporation, jointly and severally, in the amount of $35,795.00.

6

7          DATED:  April 23, 2008

8

9

10                       HON. STEPHEN G. LARSON,
                         JUDGE OF THE DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Judgment