UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, for the use of FERGUSON ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; BURNS & MCDONNELL CONSTRUCTION, INC., a corporation,<br><br>Defendants. | CASE NO. ED CV07-0233 SGL (JCRx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT AGAINST THIRD PARTY DEFENDANT LSI ENGINEERING, INC.<br><br>Judge Stephen G. Larson<br><br>FRCP 54<br><br>Original Complaint Filed Feb. 28, 2007 |
| BURNS & MCDONNELL ENGINEERING COMPANY, INC., a Missouri Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>LSI ENGINEERING, INC., a California corporation,<br><br>Third Party Defendants. | |

The Court, having entered default judgment against Third Party Defendant LSi Engineering, Inc. ("LSi") and in favor of Third Party Plaintiff Burns & McDonnell ("Burns & McDonnell"), makes the following findings:

1. On or about December 31, 2007, the Court entered judgment against Defendants Burns & McDonnell Engineering, Inc. and Fidelity and Deposit Company of Maryland after reviewing the moving and opposing papers and oral argument on Plaintiff Ferguson Enterprises, Inc.'s motion for summary judgment.

2. On or about February 22, 2008, the Court entered default judgment against LSi and in favor of Burns & McDonnell.

3. There are no other parties or claims involved in this litigation.

4. The Court hereby expressly determines that, pursuant to Federal Rule of Civil Procedure, Rule 54(b), there is no just reason for delay and expressly directs the entry of this Judgment in favor of Burns & McDonnell.

IT IS HEREBY ORDERED that final judgment is entered against Third Party Defendant LSi and in favor of Burns & McDonnell in the total amount of $1,203,381.14 as follows:

1. The principal sum of $1,039,168.77, which sum represents the difference between the original subcontract between Burns & McDonnell and LSi in addition to change orders, less the amounts expended by Burns & McDonnell to complete, repair and replace certain work, less the amounts expended by Burns & McDonnell for bond claim payments, less Burns & McDonnell's payment to the Department of Labor and less Burns & McDonnell's overhead and profit;

2. Interest in the amount of $135,232.50; and

3. Attorney's fees in the amount of $28,979.87.

IT IS SO ORDERED.

DATED: 6/12/08

Honorable Stephen G. Larson

1  Submitted By:

2  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JONATHAN J. DUNN, Bar No. 192896
3  JOANNA M. CURTIS, Bar No. 203151
   3 Park Plaza, 17th Floor
4  Irvine, California 92614-8540
   email:  Jonathan.Dunn@sdma.com
5  email:  Joanna.Curtis@sdma.com
   Tel: (949) 852-8200; Facsimile: (949) 852-8282
6
   Attorneys for Defendants
7  BURNS & MCDONNELL ENGINEERING
   COMPANY, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OC/383454v1                                                    -3-                    CASE NO. ED CV07-0233 SGL (JCRx)
                        [PROPOSED] FINAL JUDGMENT AGAINST THIRD PARTY DEFENDANT LSI ENGINEERING, INC.